IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES DAVIS CRAIN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    CIVIL CASE NO. 1:22-cv-33-ECM |
| | ) |
| TAYLOR FARMS COLORADO, INC., | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On December 6, 2023, the Court was informed that a settlement has been reached in this case. (Doc. 78).  Accordingly, it is

ORDERED that this case is DISMISSED with prejudice.  Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order.  Costs are taxed as paid.  It is further

ORDERED that all deadlines and hearings are terminated, and all motions are denied as moot.

DONE this 6th day of December, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE